Nos. 1168, 1169 and 1170. McGUIRE ET AL. *v.* EQUITABLE OFFICE BUILDING CORP. ET AL.; and

Nos. 1172, 1173 and 1174. AMOTT ET AL. *v.* DANA ET AL. May 5, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *George T. Barker* for petitioners in Nos. 1168, 1169 and 1170. *Frank R. Bruce, Henry S. Hooker, T. Fergus Redmond, Sidney R. Nussenfeld* and *W. Randolph Montgomery* for petitioners in Nos. 1172, 1173 and 1174. *Charles Green Smith* and *Herbert J. Jacobi* for Dana et al.,

and *T. Roland Berner* for Knight et al., respondents. Reported below: No. 1170, 158 F. 2d 838; No. 1174, 158 F. 2d 982.

